UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN ROGERS, individually and on behalf of his minor child, PR** | CIVIL ACTION NO.: _____ |
| **VERSUS** | JUDGE _____ |
| **UNITED SPECIALTY INSURANCE COMPANY, DAYNIER AGUERO PALMERO D/B/A CLETO TRUCKING, PROGRESSIVE SECURITY INSURANCE COMPANY and DIOENYS CABOVERDE** | MAGISTRATE _____ |

**NOTICE OF REMOVAL OF CIVIL ACTION NO. 89125-H FROM THE 16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARTIN, STATE OF LOUISIANA**

Defendants, **UNITED SPECIALTY INSURANCE COMPANY, DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING AND DIOENYS CABOVERDE**, (hereinafter referred to as the "Removing Defendant") through undersigned counsel, hereby gives notice of the removal of this action from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, pursuant to 28 U.S.C. §§ 1441 and 1446.

**BASIS FOR REMOVAL**

**1.**

The Removing Defendants are Defendants in a civil action brought against it and others in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, entitled *"John Rogers, individually and on behalf of his minor child, PR v. United Specialty Insurance Company, Daynier Aguero Palmero d/b/a Cleto Trucking, Inc., Progressive Insurance Company and Dioneys Caboverde,"* bearing Civil Action No. 2022-11837-F.

**2.**

A copy of the entire state court record is attached hereto as Exhibit A.

**3.**

The action was commenced by the filing of the Petition for Damages by Plaintiffs on or about April 27, 2022. United Specialty Insurance Company, Daynier Aguero Palmero d/b/a Cleto Trucking, Inc., Dioneys Caboverde and Progressive Security Insurance Company were named as Defendants in the original Petition for Damages.

**4.**

This notice of removal is timely because it is filed within thirty (30) days of service on United Specialty Insurance Company, on May 26, 2022.

**5.**

Plaintiffs' action is a civil action that falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1446(a).

## BASIS FOR DIVERSITY JURISDICTION

**6.**

This case is removable under 28 U.S.C. §1446 because this Court has original jurisdiction over this case under 28 U.S.C. § 1332(a), which provides in pertinent part:

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

Diversity of Citizenship

7.

The controversy between Plaintiffs and all Defendants is a controversy between citizens of different States, as follows:

a. In the original Petition for Damages, Plaintiffs allege that they are residents and citizens of the State of Florida.

b. Defendant Dioneys Caboverde is an individual of the full age of majority and citizen of the State of Texas.

c. Defendant Daynier Aguero Palmero d/b/a Cleto Trucking, Inc. is a Texas limited liability company with its principal place of business in the State of Texas.

d. Defendant United Specialty Insurance Company is a Texas corporation, with its principal place of business in the State of Texas.

e. Progressive Security Insurance Company is a Texas corporation, with its principal place of business in the State of Texas.

Amount in Controversy

8.

Plaintiffs, John Rogers, individually and on behalf of his minor child, PR, alleges that they sustained personal injuries as a result of a vehicular collision.  Although the Removing Defendants deny liability and the extent of the alleged damages, based upon Plaintiffs' allegations and discussions with Plaintiffs' counsel, along with the Plaintiffs have refused to stipulate concerning the amount in controversy, being less than $75,000, exclusive of interest and costs.

Consent of Properly Served Defendants

**9.**

All properly joined and served Defendants have either joined in or consented to this removal, as follows:

a. The removing Defendants, United Specialty Insurance Company, Daynier Aguero Palmero d/b/a Cleto Trucking, Inc. and Dioenys Caboverde join in this Notice of Removal.

b. Daynier Aguero Palmero d/b/a Cleto Trucking, Inc. has not been served as of the time of this filing, but consents to this removal.

c. Dioenys Caboverde has not been served as of the time of this filing, but consents to the removal.

d. Progressive Security Insurance Company consents to this removal.

**REMOVAL TO THIS DISTRICT IS PROPER**

**10.**

Pursuant to 28 U.S.C. § 1441(a), the removal of this action to this Court is proper as this Court sits in the judicial district embracing the place where the action is pending. However, the removing Defendant in no way waives its rights to seek transfer of this matter to a more convenient judicial district, pursuant to 28 U.S.C. § 1404(a).

**11.**

The Removing Defendants hereby reserve the right to amend or supplement this Notice of Removal.

**12.**

The Removing Defendants are providing Plaintiffs, through their counsel, written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Further, the Removing Defendant is filing a copy of this Notice of Removal with the Clerk of Court for the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, where this action is currently pending.

WHEREFORE, because this Court may exercise federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, removal is appropriate under 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

**HAIK, MINVIELLE, GRUBBS & D'ALBOR**

**BY:** */s/Julius W. Grubbs, Jr.*
**JULIUS W. GRUBBS, JR. (#6361)**
1017 East Dale Street
Post Office Box 11040
New Iberia, LA  70562-1040
Telephone: (337) 365-5486
Facsimile: (337) 367-7069
jwgrubbs@hmg-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notice of same to all CM/ECF participants.

**HAIK, MINVIELLE, GRUBBS & D'ALBOR**

*/s/Julius W. Grubbs, Jr.*
**JULIUS W. GRUBBS, JR. (#6361)**