22ND **JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO.: 2022-11837                               DIVISION " F "

**JOHN ROGERS, individually and on behalf of his minor child,
P▇▇▇ R▇▇▇**

**VERSUS**

**UNITED SPECIALTY INSURANCE COMPANY,
DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING,
PROGRESSIVE SECURITY INSURANCE COMPANY
and DIOENYS CABOVERDE**

FILED: _____     _____
                                                                **DEPUTY CLERK**

### PETITION FOR DAMAGES

The Petition of **JOHN ROGERS, individually and on behalf of his minor child, P▇▇▇ R▇▇▇** (hereinafter collectively referred to as "**PETITIONERS**"), a person of the full age of majority residing and domiciled in the County of Jackson, State of Florida, respectfully represents the following, to-wit:

1.

The following persons are hereby made defendants:

A. **DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING** (hereinafter "**CLETO TRUCKING**"), a sole proprietor, not authorized to do but doing business in the State of Louisiana, with its principal place of business in the County of Harrison, State of Texas, and at all times pertinent herein was the owner of a 2003 Freightliner Columbia, Vehicle Identification Number 1FUJA6AV93LL10769, bearing Texas license plate number R531182, and, at all times pertinent operated by **DIOENYS CABOVERDE**, an agent/ employee/representative of **CLETO TRUCKING**, who was acting in the course and scope and/or supervision of **CLETO TRUCKING** at all pertinent times herein;

B. **DIOENYS CABOVERDE**, (hereinafter "**CABOVERDE**" and/or "**DEFENDANT**") a person of the full age of majority, residing and domiciled in the City of Houston, County of Harris, State of Texas, and at all times pertinent was the operator of the aforementioned offending vehicle, a 2003 Columbia Freight Truck, Vehicle Identification Number 1FUJA6AV93LL10769, bearing Texas license plate number R531182, who was acting in the course and scope of his employment with **CLETO TRUCKING** and whose negligence caused the motor vehicle accident that is subject of this lawsuit;



C. **UNITED SPECIALTY INSURANCE COMPANY**, (hereinafter referred to as "**UNITED**" and/or "**DEFENDANT(S)**" ), a foreign insurance company licensed to do and doing business in the State of Louisiana in the capacity as the named liability insurer of the aforementioned vehicle, a 2003 Freightliner Columbia, Vehicle Identification Number 1FUJA6AV93LL10769, bearing Texas license plate number R531182, and at all times pertinent herein operated by **DIOENYS CABOVERDE,** who was named and/or omnibus insured under policy number GWP70039, or another policy number; and

D. **PROGRESSIVE SECURITY INSURANCE COMPANY**, (hereinafter referred to as "**PROGRESSIVE**" and/or "**DEFENDANT(S)**"), a foreign insurance company, licensed to do and doing business in the State of Louisiana, and named as the uninsured/underinsured carrier and medical payments provider, providing said coverage to **PETITIONER**, under policy number 939339140, or another policy number.

**2.**

The **DEFENDANTS** are indebted to **PETITIONER**, jointly and *in solido,* in an amount that is reasonable in the premise, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings, for the following reasons:

**3.**

On or about the 16th day of May, 2021, in St. Tammany Parish located in the State of Louisiana, **PETITIONER, JOHN ROGERS,** was operating his 2012 Dodge Ram on Interstate 10 ("I-10"), traversing the state line bridge approaching the Mississippi state border, with his minor son, P▇▇▇ R▇▇▇, as his guest passenger. As he encountered traffic congestion, a 2003 Freightliner Columbia, Vehicle Identification Number 1FUJA6AV93LL10769, bearing Texas license plate number R531182, operated by **CABOVERDE,** suddenly and without warning, changed lanes, moving into **PETITIONER'S** lane of travel, directly in front of **PETITIONER'S** vehicle, and suddenly locked the brakes on the Freightliner vehicle causing this motor vehicle accident. **PETITIONERS** suffered serious bodily injuries as a result of the crash, which were directly and proximately caused by **CABOVERDE'S** negligence in operating the aforementioned 2003 Freightliner Columbia. **DEFENDANT, CABOVERDE,** received a traffic citation for a violation



of La. R.S. 32:58 – Careless operation. An independent witness was interviewed by the investigating agency and confirmed that **CABOVERDE** changed lanes of travel and immediately locked the brakes on his vehicle.

4.

**PETITIONER** alleges that the cause of the aforesaid accident and damages sustained was the gross and wanton negligence, carelessness, and recklessness of **DEFENDANT, CABOVERDE,** consisting of both his actions and omissions, which are listed below, with particularity, but without limitation specifically thereto, to-wit:

a. Failure to maintain control of a motor vehicle;

b. Operating a vehicle in a manner inappropriate to the conditions then and there prevailing;

c. Failing to use reasonable vigilance;

d. Failing to avoid a foreseeable and injurious incident;

e. Failing to maintain proper lookout;

f. Inattentiveness while driving;

g. Careless disregard for the safety of others;

h. Causing an unavoidable collision;

i. Failing to exercise due caution;

j. Failure to warn or signal;

k. Reckless operation;

l. Careless Operation of a motor vehicle;

m. Changing lanes on an Interstate and immediately locking his brakes;

n. Failure to operate his vehicle in a prudent manner;

o. Travelling at a high rate of speed for the conditions then prevailing; and

p. Any other act of negligence, carelessness, and recklessness, which may be shown/proven at the trial of this matter.

5.

At all material times herein, **DEFENDANT CABOVERDE**, was acting within the course and scope of his employment with **DEFENDANT CLETO TRUCKING**, which defendant is answerable for the damages occasioned by its employee(s) in the exercise of the functions in which they are employed. **CABOVERDE'S** actions as an employee/agent/servant of **CLETO TRUCKING** were committed within the scope and during his employment on the date and time of this accident. In the alternative, **CLETO TRUCKING** maintained operational control over **CABOVERDE'S** actions and activities and therefore is liable for his actions.

6.

On information and belief and at all material times herein, **DEFENDANT, UNITED**, insured **CLETO TRUCKING**, and the aforementioned 2003 Freightliner Columbia, Vehicle Identification Number 1FUJA6AV93LL10769, bearing Texas license plate number R53118, for the risks of harm sued upon herein through an automobile policy of liability insurance bearing policy number GWP70039. **CABOVERDE** was an omnibus insured and/or insured under the **UNITED** policy.

7.

On information and belief, the abovementioned **UNITED** policy has inadequate liability coverage limits to provide the **PETITIONER** a fair recovery of damages based on the nature and extent of the injuries and damages made the basis of this civil action.

8.

**PETITIONER** alleges that at the time of the aforementioned accident he had in force and effect a policy of insurance with **DEFENDANT, PROGRESSIVE**, policy number 939339140, which provided liability coverage, uninsured/underinsured motorist coverage, and medical payments coverage to him.



9.

PETITIONER alleges that his injuries and the impact described in this Petition for Damages caused severe, painful, debilitating, and permanently disabling injuries, and he has experienced severe physical pain and suffering through the date of filing suit, as well as undergone mental anguish. He will continue to suffer, both physically and mentally as a result of these injuries for the remainder of his life, all as will be more fully set forth hereinafter and proven upon the trial of this matter.

10.

PETITIONER, JOHN ROGERS, individually and on behalf of his minor child, P▆▆▆▆ R▆▆▆▆, itemizes their damages as follows:

a. Past, present, and future pain and suffering;

b. Past, present, and future mental anguish;

c. Past, present, and future medical expenses;

d. Past, present, and future loss of enjoyment of life;

e. Past, present and future lost wages;

f. Permanent disability;

g. Property damage; and

h. Other damages itemized at the trial of this matter.

11.

PETITIONER has made amicable demand to no avail.

12.

PETITIONER seeks all further damages and relief that is equitable under the circumstances.

13.

On information and belief, the value of this cause of action, exclusive of interest, costs, penalties and attorneys' fees, exceeds $50,000.00.



14.

PETITIONER, JOHN ROGERS, individually and on behalf of his minor child, P█████ R█████ desires and is entitled to judgment herein against the defendants in a reasonable amount to be determined by this Honorable Court for their damages.

WHEREFORE, PETITIONER, JOHN ROGERS, individually and on behalf of his minor child, P█████ R█████, prays the defendants be duly cited and served with this petition and be ordered to answer same, and after due proceedings are had herewith, there be a judgment in his favor and against DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING, UNITED SPECIALTY INSURANCE COMPANY, PROGRESSIVE SECURITY INSURANCE COMPANY and DIOENYS CABOVERDE, each liable individually, jointly, severally, and/or *in solido*, in an amount to be determined by this Honorable Court, together with interest thereon from the date of judicial demand and for all costs of these proceedings; and for any and all other relief, general and equitable.

Respectfully Submitted,

ROSS F. LAGARDE, APLC

ROSS F. LAGARDE (#27542)
JEFFREY G. LAGARDE (#31823)
ALEXANDER L.H. REED (#37273)
2250 Gause Blvd. East, Suite 301
Slidell, Louisiana 70461
Telephone: (985) 605-0527
Facsimile: (985) 605-0526
Email: ross@rlagardelaw.com
jeff@rlagardelaw.com
alex@rlagardelaw.com



*[Service of process information are on the following page.]*

**PLEASE SERVE:**

**DIOENYS CABOVERDE**
Through the Louisiana Long Arm Statute
9810 Daisy Mist Ln
Houston, TX 77038

**PROGRESSIVE SECURITY INSURANCE COMPANY**
Through its Registered Agent for Service of Process:
C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**UNITED SPECIALTY INSURANCE COMPANY**
Through its Registered Agent for Service of Process:
LOUISIANA SECRETARY OF STATE
8585 Archives Ave.
Baton Rouge, LA 70809

**DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING**
Through its Registered Agent for Service of Process:
PROCESS AGENT SERVICE COMPANY, INC.
F. A. Courtney, Jr.
220 West Maple Ridge Drive
Metairie, LA 70001



**22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO.: 2022-11837                                                             DIVISION "F"

JOHN ROGERS, individually and on behalf of his minor child,
P█████ R█████

**VERSUS**

UNITED SPECIALTY INSURANCE COMPANY,
DAYNIER AGUERO PALMERO d/b/a CLETO TRUCKING,
PROGRESSIVE SECURITY INSURANCE COMPANY
and DIOENYS CABOVERDE

FILED: _____     _____
                                                        **DEPUTY CLERK**

**REQUEST FOR NOTICE**

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, the undersigned hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

The undersigned also requests notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted,

**ROSS F. LAGARDE, APLC**

_____
ROSS F. LAGARDE (#27542)
JEFFREY G. LAGARDE (#31823)
ALEXANDER L.H. REED (#37273)
2250 Gause Blvd. East, Suite 301
Slidell, Louisiana 70461
Telephone: (985) 605-0527
Facsimile:   (985) 605-0526
Email:         ross@rlagardelaw.com
                   jeff@rlagardelaw.com
                   alex@rlagardelaw.com



# APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

JOHN ROGERS, individually and on behalf of his minor child, P____ R____

vs.

UNITED SPECIALTY INSURANCE COMPANY, DAYNIER AGUERO PALERMO d/b/a CLETO TRUCKING, PROGRESSIVE SECURITY INSURANCE COMPANY and DIOENYS CABOVERDE

**Court:** 22nd JDC - St. Tammany Parish   **Docket Number:** 2022-11837 "F"

**Parish of Filing:** St. Tammany   **Filing Date:** 4/27/2022

**Name of Lead Petitioner's Attorney:** Ross F. Lagarde

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1   **Number of named defendants:** 4

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- X Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence
- X Auto: Property Damage
- X Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Injuries and property damage sustained as the result of a motor vehicle collision that occurred on May 16, 3021.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Ross F. Lagarde   **Signature** _____

**Address** 2250 Gause Blvd. East, Ste 301, Slidell, LA 70461

**Phone number:** (985) 605-0527   **E-mail address:** ross@rlagardelaw.com

Submitted Date: 4/27/2022 4:15 PM File Date: 4/28/2022 9:30 AM Case Number: 202211837 St. Tammany Parish, LA Deputy Clerk: Gretchen Moss